NHCT
01-cv-563
Eginton



# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 28th day of August, two thousand and three.

Before:      Hon. Jon O. Newman
             Hon. Ralph K. Winter
             Hon. B. D. Parker, Jr.
                     *Circuit Judges*

Docket No. 02-9150

─────────────────────────────────────────────

EVANDRO S. SANTINI and SANTINI HOMES, INC.,

                     Plaintiffs-Appellants,

        v.

CONNECTICUT HAZARDOUS WASTE MANAGEMENT SERVICE,

                     Defendant-Appellee.

─────────────────────────────────────────────

Appeal from the United States District Court for the District of Connecticut..

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

Arthur M. Heller
Motions Staff Attorney

ISSUED AS MANDATE: **APR 2 0 2004**

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 28th day of August, two thousand and three.

Before:    Hon. Jon O. Newman
Hon. Ralph K. Winter
Hon. B. D. Parker, Jr.
*Circuit Judges*

Docket No. 02-9150



---

EVANDRO S. SANTINI and SANTINI HOMES, INC.,

Plaintiffs-Appellants,

v.

CONNECTICUT HAZARDOUS WASTE MANAGEMENT SERVICE,

Defendant-Appellee.

---

Appeal from the United States District Court for the District of Connecticut..

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

Arthur M. Heller
Motions Staff Attorney

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER
RECEIVED BY:_____ DATE_____